# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 9/13/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America<br>v.<br>Russell Cornelius Brown | )<br>)<br>) Case No: 5:02-CR-2-1BO and 5:02-CR-226-1BO<br>) USM No: 19941-056 |
| Date of Original Judgment: December 4, 2002<br>Date of Previous Amended Judgment: June 2, 2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Thomas P. McNamara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[✓]**DENIED.** [ ]**GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Although application of the Fair Sentencing Act of 2010 retroactive amendment results in a lower guideline imprisonment range, the defendant did not receive a reduction pursuant to 18 U.S.C. § 3553(e) or Rule 35. The 120-month minimum term of imprisonment required by statute in 5:02-CR-2-1BO was imposed pursuant to U.S.S.G. § 5K1.1.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 4, 2002, and June 2, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 9-13-13

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011